JUDGE RAKOFF

07 CV 10725

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DAEWOO LOGISTICS CORPORATION,

            Plaintiff,

- against -                                 ECF CASE

BARWIL ZAATARAH AGENCIES LTD.

            Defendant.
-----------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

            NONE.

Dated: November 30, 2007
       Southport, CT

                                  The Plaintiff,
                                  DAEWOO LOGISTICS CORPORATION

                                  By: _____
                                  Charles E. Murphy (CM 2125)
                                  Patrick F. Lennon (PL 2162)
                                  LENNON, MURPHY & LENNON, LLC
                                  The Gray Bar Building
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  (212) 490-6050
                                  facsimile (212) 490-6070
                                  nrp@lenmur.com
                                  pfl@lenmur.com