```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAEWOO LOGISTICS CORPORATION,       :
                                    :
              Plaintiff,            :       07 Civ. 10725 (JSR)
                                    :
              -v-                   :       ORDER
                                    :
BARWIL ZAATARAH AGENCIES LTD.,      :
                                    :
              Defendant.            :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Because funds have been attached in the above-captioned maritime case but counsel for defendant has not appeared, the Clerk of the Court is hereby directed to remove this case from the Active Calendar and add it to the Suspense Calendar. Plaintiff's counsel is directed to submit a short letter to this Court every six months notifying the Court of any developments in this case, the first such letter to be submitted on June 1, 2008. If counsel for the defendant should appear, plaintiff's counsel is directed to notify the Court promptly in writing.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08