UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAEWOO LOGISTICS CORPORATION,

        Plaintiff,

  - against -

BARWIL ZAATARAH AGENCIES LTD.

        Defendant.
------------------------------------------------------------X

07 CV 10725 (JSR)

ECF CASE

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein.

Dated: July 15, 2008
New York, NY

The Plaintiff,
DAEWOO LOGISTICS CORPORATION,

By: _____
Charles E. Murphy (CM 2125)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
facsimile (212) 490-6070
cem@lenmur.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-22-08